# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 41883

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2015 Unpublished Opinion No. 464 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: April 15, 2015 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| MICHAEL JAMES WILSON, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Second Judicial District, State of Idaho, Nez Perce County. Hon. Jeff M. Brudie, District Judge.

Judgment of conviction and consecutive unified sentences of twelve years, with four years determinate, for aggravated assault and three years, with one year determinate, for burglary, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Eric D. Fredericksen, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; John C. McKinney, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Judge; LANSING, Judge;
and GRATTON, Judge

_____

PER CURIAM

Michael James Wilson was found guilty of aggravated assault as a lesser included offense of attempted first degree murder, Idaho Code § 18-1401, and felony burglary, I.C. 18-1401, with a weapons enhancement for use of a firearm or deadly weapon, I.C. 19-2520. The district court imposed a unified sentence of twelve years, with four years determinate, for the aggravated assault and a unified sentence of three years, with one year determinate, for burglary and ordered that the sentences be served consecutively. Wilson appeals, contending that his sentences are excessive.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Wilson's judgment of conviction and sentences are affirmed.